Submitted on record and briefs April 26, affirmed May 23, 1977

## COLEMAN, *Appellant,*
*v.*
## SILVER SPUR MOTEL et al, *Respondents.*
### (No. 6956, CA 7377)
564 P2d 742

Harry G. Spencer, Salem, filed the brief for appellant.

William M. Holmes, Gray, Fancher, Holmes & Hurley, Bend, filed the brief for respondent Silver Spur Motel.

No appearance for respondent Unigard Insurance Group.

Before Schwab, Chief Judge, and Richardson and Johnson, Judges.

PER CURIAM.

## PER CURIAM.

The sole issue in this worker's compensation case is whether claimant's back problems are causally related to a compensable injury which occurred in 1970. The undisputed medical testimony indicates that his problems were degenerative in nature resulting in the overgrowth of a bone that compressed a nerve in his back. Neither his surgeon nor his treating physician even attempted to establish the cause of the overgrowth.

This is not an uncomplicated situation of the type which can be resolved in favor of the claimant without supporting medical evidence. There was none.

Affirmed.